UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

USA

v. Case No.1:26-cr-17-01

Marc Jacques

ORDER

All active service district judges in this district are recused from presiding over this case. Accordingly, the case shall be referred to the District of Rhode Island, sitting by designation. The assigned judge is authorized to hold court within this district and perform any judicial function required of a judge of this district as set forth in 28 U.S.C. § 296. Jurisdiction over the case remains with the New Hampshire District Court.

The recusal of all of the active service district judges in this court gives rise to an “emergency” with respect to the referred case as that term is used in 28 U.S.C. § 636 (f). I therefore concur in the assignment of a magistrate judge from the designated district to perform the duties specified in 28 U.S.C. § 636(a)-(c).

SO ORDERED.

SDElliott

Samantha D. Elliott
Chief Judge

Date: March 25, 2026

cc: Clerk, U.S. District Court - District of Rhode Island