IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

UNITED STATES ]
]
v. ] No. 26-cr-17-MRD
]
MARCH JACQUES ]

**ASSENTED-TO MOTION TO CONTINUE**

Marc Jacques respectfully moves this Court to continue his trial, currently scheduled for September 1, 2026, to a date in November. Both parties are available for jury selection on November 17, 2026.[1]

As grounds for this motion, it is stated:

1. As defense counsel indicated to the Court at the recent status conference, the defense needs additional time to review CSAM discovery in possession of the government and to prepare for trial. At the conference, the parties jointly proposed that by September 1, 2026, they would let the Court know whether they are ready for trial in November or are seeking a later trial date. The Court agreed to continue the September 1 trial date.
2. Defense counsel are filing this motion to reflect the agreement approved by the Court. Currently, both parties are available for jury selection on November 17, 2026.
3. AUSA Charles Rombeau and DOJ Attorney Angelica Carrasco assent.

[1] Local Criminal Rule 12.1(d) provides that a motion to continue "must specify the jury selection date for the presiding judge's trial period to which the trial is being continued." As the presiding judge in this case usually sits outside this district, however, that rule seems inapplicable here. November 17, 2026 is a jury selection date in this district.

WHEREFORE, Marc Jacques respectfully moves this Court to continue his trial, currently scheduled for September 1, 2026, to a date in November, with jury selection scheduled for November 17, 2026, if the Court is available on that date.

Respectfully submitted,

*/s/ Behzad Mirhashem*
Behzad Mirhashem
N.H. Bar #10031

*/s/ Eric Wolpin*
Eric Wolpin
NH Bar #18372

**CERTIFICATION AS TO SPEEDY TRIAL RIGHTS**

Undersigned counsel certifies that (A) defense counsel has consulted with the defendant about the requested continuance, (B) defense counsel has explained to the defendant that, by seeking a continuance, the defendant is waiving his constitutional and statutory rights to a speedy trial, (C) the defendant has personally assented to the continuance, and (D) defense counsel is forthwith mailing or electronically transmitting to the defendant a copy of the motion to continue.

*/s/ Behzad Mirhashem*
Behzad Mirhashem

**CERTIFICATE OF SERVICE**

I hereby certify that on April 30, 2026, the above document was served electronically upon all counsel of record through the CM/ECF filing system.

*/s/ Behzad Mirhashem*

Behzad Mirhashem