**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT NEW HAMPSHIRE**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>MARC JACQUES | Case No. 26-cr-0017-MRD |

## SUPERSEDING INDICTMENT

The Grand Jury charges:

### COUNT ONE
**(18 U.S.C. § 2252A(a)(5)(B) - Possession of Child Pornography)**

Between on or about March 19, 2024 and October 16, 2024, in the District of New Hampshire and elsewhere, the defendant,

**MARC JACQUES**

knowingly possessed and attempted to possess material that contained an image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), which had been mailed, shipped, and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, and which image was produced using materials which had been mailed, shipped, and transported in and affecting interstate and foreign commerce, by any means, including by computer, in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and 2252A(b)(2).

**COUNT TWO**
**(18 U.S.C. § 2252A(a)(5)(B) - Possession of Child Pornography)**

Between on or about March 19, 2024 and October 16, 2024, in the District of New Hampshire and elsewhere, the defendant,

**MARC JACQUES**

knowingly possessed and attempted to possess material that contained an image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(C), which had been mailed, shipped, and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, and which image was produced using materials which had been mailed, shipped, and transported in and affecting interstate and foreign commerce, by any means, including by computer, in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and 2252A(b)(2).

**COUNT THREE**
**(18 U.S.C. § 1466A(b)(1) -**
**Possession of Obscene Visual Representations of the Sexual Abuse of Children)**

Between on or about March 19, 2024 and October 16, 2024, in the District of New Hampshire and elsewhere, the defendant,

**MARC JACQUES**,

knowingly possessed and attempted to possess at least one visual depiction that depicted a minor engaging in sexually explicit conduct and was obscene, and any visual depiction involved in the offense had been shipped and transported in interstate and foreign commerce by any means, and was produced using materials that had been mailed, and that had been shipped and transported in interstate and foreign commerce by any means, including by computer, in violation of Title 18, United States Code, Sections 1466A(b)(1) and (d)(4).

## NOTICE OF FORFEITURE

Upon conviction of the offenses alleged in Counts 1, 2 and 3 of this Superseding Indictment, pursuant to Title 18, United States Code, Section 2253(a)(2) and (a)(3) and Section 1467, the defendant, **MARC JACQUES**, shall forfeit to the United States of America all of his right and title, and interest in:

(1) any visual depiction described in 18 U.S.C. § 2252A and 1466A, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depictions; produced, transported, mailed, shipped, or received in this offense;

(2) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the respective offense; and

(3) any property, real or personal used or intended to be used to commit or promote the commission of the respective offense.

A TRUE BILL:

Dated: October 7, 2026

/s/ Foreperson
Foreperson

ERIN CREEGAN
UNITED STATES ATTORNEY

By: /s/ Charles Rombeau
Charles Rombeau
Assistant United States Attorney
District of New Hampshire

By: /s/ Angelica Carrasco
Angelica Carrasco
Trial Attorney
U.S. Department of Justice, Criminal Division
Child Exploitation and Obscenity Section