UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>MARC JACQUES | Cr. No. 1:26-cr-17 |

PRAECIPE FOR WARRANT

The Clerk of said Court will issue a warrant, a Superseding Indictment against the above-named defendant having been filed in the above-entitled case on the 7th day of October, 2026.

This 7h day of October 2026.

ERIN CREEGAN
United States Attorney

By: /s/ Charles L. Rombeau
Charles L. Rombeau
Assistant U.S. Attorney

WARRANT ISSUED: ______________________